UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KARHL FRANKLIN GRUBB, | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 7:16-CV-422-FL |
| HOLIDAY DELTA, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 29, 2018, and for the reasons set forth more specifically therein, this case is dismissed without prejudice for failure to respond to the show cause order.

**This Judgment Filed and Entered on February 27, 2018, and Copies To:**
Karhl Franklin Grubb (via U.S. Mail) 114 Birdie Court, Jacksonville, NC 28540.

February 27, 2018            PETER A. MOORE, JR. CLERK
                              /s/ Sandra K. Collins
                             (By) Sandra K. Collins, Deputy Clerk